UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**MARK PLES JONES,**
    Plaintiff,

**v.**

**MATT GENTRY, Sheriff, et al.,**
    Defendants.

5:23-cv-1566-CLM-NAD

## MEMORANDUM OPINION

    The magistrate judge has entered a report (doc. 14), recommending that the court dismiss this case without prejudice under 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days (*id.*, pp. 22–23), but no objections have been received by the court and the time for filing them has expired.[1]

    Having reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITHOUT PREJUDICE** for failure to state a claim upon which relief could be granted.

---

[1] After the magistrate judge entered his report, Jones asked the court to send him a copy of all of his "lawsuit paper work." (Doc. 15). But Jones does not state that he needs these documents to file objections or that he seeks more time to file objections. Nor is there anything that Jones says in his request for documents that can be construed as an objection.

The court will enter a separate final judgment that closes this case.

**Done** and **Ordered** on July 17, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE